<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-7086**

———————

KEVIN EDWARD HEDGEPETH,

                  Plaintiff - Appellant,

       v.

C. WILKES, police officer; ANDREW MURRAY; JOHN DOE; MARTHA
H. CURRAN; LISA C. BELL,

                  Defendants - Appellees.

———————

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Robert J. Conrad,
Jr., Chief District Judge.  (3:12-cv-00262-RJC)

———————

Submitted:  November 20, 2012     Decided:  November 26, 2012

———————

Before TRAXLER, Chief Judge, and SHEDD and FLOYD, Circuit
Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Kevin Edward Hedgepeth, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Edward Hedgepeth appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Hedgepeth v. Wilkes, No. 3:12-cv-00262-RJC (W.D.N.C. June 11, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED